# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDREW D. WETZEL

NO. 2021 KW 0143

**MAY 10, 2021**

---

In Re:   Andrew D. Wetzel, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 1077-F-2021.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.** The record of the St. Tammany Parish Clerk of Court's Office shows that on March 8, 2021, the State filed a bill of information charging relator with one count of simple burglary, a felony in violation of La. R.S. 14:62. Therefore, relator's request for mandamus relief pursuant to La. Code Crim. P. art. 701(B) is moot. The record further shows that the motion for speedy trial was filed on April 5, 2021, and relator failed to include with his motion an affidavit from defense counsel certifying that counsel and relator are prepared to proceed to trial. See La. Code Crim. P. art. 701(D)(1). Thus, there has been no substantial delay in the district court acting on relator's motion for speedy trial or setting it for a hearing.

JMM
GH
AHP

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT